UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ELIZABETH TAUBENFLIEGEL
on behalf of herself and all other
similarly situated consumers,

                        Plaintiff,                        JUDGMENT
                                                                                    18-CV-1884 (ERK) (JO)

   - against –

MILLER & MILONE, P.C.,

                        Defendant.
------------------------------------------------------------ X

       An Order of Honorable Edward R. Korman, United States District Judge, having been filed on December 17, 2018, granting Defendant's motion for summary judgment; dismissing the case; denying Plaintiff's motion to stay serving and filing plaintiff's motion for summary judgment until after class certification as moot; it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; that this case is dismissed; and that Plaintiff's motion to stay serving and filing plaintiff's motion for summary judgment until after class certification is denied as moot.

Dated: Brooklyn, NY                                                      Douglas C. Palmer
December 18, 2018                                                  Clerk of Court

                                                               By:   */s/Jalitza Poveda*
                                                                          Deputy Clerk